lant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

NATHANIEL M. BROWN, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LESTOR J. CONWAY, Respondent, v. MATCH CORPORATION OF AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ELLA A. DAVIS, Respondent, v. EDWARD C. DAVIS, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JENNIE FISCHMAN, Appellant, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY and THE BROOKLYN CITY RAILROAD COMPANY, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

SIMON FISCHMAN, Appellant, v. BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY and THE BROOKLYN CITY RAILROAD COMPANY, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ALLAN FOX COMPANY, INC., Respondent, v. J. D. JOHNSON CO., INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

SAMUEL GREENBERG, INC., Respondent, v. SCARSDALE-LONGVIEW WATER AND LAND CORPORATION, HOME FOUNDATION, INC., and POCANTICO ENGINEERING CORPORATION, Appellants.— Motion to resettle order dated January 17, 1930, granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

SAMUEL GREENBERG, INC., Respondent, v. SCARSDALE-LONGVIEW WATER AND LAND CORPORATION, HOME FOUNDATION, INC., and POCANTICO ENGINEERING CORPORATION, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

WILLIAM HARMAN and JACOB LEVENTHAL,. Respondents, v. PORTON CONSTRUCTION COMPANY, INC., Appellant, and Another, Defendant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ